# In the United States Court of Federal Claims

No. 25-852

Filed: August 25, 2025

|  |  |
|---|---|
| ANTONIO LETRELL BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

For the reasons provided in the Court's order in *Brown v. United States*, No. 25-737, ECF No. 22, the Court ORDERS as follows:

1. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**;

2. Plaintiff's remaining motions, ECF Nos.5–6, 18–19, 22, are **DENIED**;

3. Defendant's Motion to Dismiss, ECF No. 27, is **FOUND AS MOOT**; and

4. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction pursuant to RCFC 12(h)(3);

5. The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge